IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW LLOYD, individually**
**and on behalf of all others similarly situated**                     **PLAINTIFF**

v.                     CASE NO. 4:22-CV-00272-BSM

**KG FIBER OPTICS LLC;**
**BRANDON KENNEDY; AND MICHAEL GRAY**                     **DEFENDANTS**

## ORDER

Defendants' motion to dismiss [Doc. No. 5] is granted because Andrew Lloyd has failed to show that this court has personal jurisdiction over defendants. *Fastpath, Inc. v. Arbela Techs. Corp.*, 760 F.3d 816, 820 (8th Cir. 2014) (citing *K-V Pharm. Co. v. J. Uriach && CIA, S.A.*, 648 F.3d 588, 592 (8th Cir. 2011) (prima facie showing should be supported by affidavits and exhibits). The motion to stay [Doc. No. 17] is denied.

Lloyd is suing defendants under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201 *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. Section 11-4-201 *et seq.* Defendants move to dismiss, and attach supporting affidavits, claiming that defendants lack minimum contacts with Arkansas for this court to have personal jurisdiction Br. Supp. Mot. Dismiss at 5–10, Doc. Nos. 6, 6-1 & 6-2. Lloyd does not respond to defendants' personal jurisdiction argument, but requests a transfer of venue to the Northern District of Mississippi. Resp. Mot. Dismiss, Doc. No. 10.

Defendants motion is granted because Lloyd has not shown that this court has personal jurisdiction. Lloyd's request to transfer venue is denied. *See e.g. Foster v.*

*Humphries*, 2011 WL 13077362 (W.D. Ark. Apr. 14, 2011) (declining to transfer venue where there was no personal jurisdiction).

    IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE