IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW LLOYD, individually**
**and on behalf of all others similarly situated**　　　　　　　　　**PLAINTIFF**

v.　　　　　　CASE NO. 4:22-CV-00272-BSM

**KG FIBER OPTICS LLC;**
**BRANDON KENNEDY; AND MICHAEL GRAY**　　　　　　**DEFENDANTS**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE